①

**FILED**

APR 15 2015

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

MICHAEL T. PINES
Full Name/Prisoner Number
SAN DIEGO COUNTY JAIL
15720952

Complete Mailing Address

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ~~IDAHO~~ SOUTHERN CALIFORNIA

MICHAEL T. PINES )
Petitioner, )
(full name) )
 )
vs. )      15CV0832 BAS BLM
PEOPLE OF THE STATE )      CASE NO. _____
OF CALIFORNIA )      (to be assigned by the Court at filing)
Respondent, )
(full name) )      **PETITION FOR WRIT**
 )      **OF HABEAS CORPUS**

**PETITION FOR A WRIT OF HABEAS CORPUS
PURSUANT TO 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY**

★ PLEASE SEE PLEADINGS ON FILE WITH THIS COURT IN MY NAME FOR MORE ABOUT ME.

**PART ONE: CONVICTION AND/OR SENTENCE UNDER ATTACK**

1. Name and location of the state court which entered the judgment of conviction challenged: _____

2. Date judgment of conviction was entered: _____
3. Case number _____
4. State each offense of which you were convicted and the sentence for each:

STATE BAR # 77771

SEE ATTACHED AND STATE COURT MOTIONS ATTACHED

Federal Habeas Corpus Instructions (Rev. 11/02) 11

I HAVE PREPARED A 30+ PAGE WRIT OF HABEAS CORPUS. IT IS IN THE POSESSION OF DR. POTTS AND DR. POLICAR AT PATTON STATE HOSPITAL FOR SAFE KEEPING. I AM ATTEMPTING TO HAVE IT SENT AND ATTEMPTING TO RETAIN COUNSEL. I AM NOW IN THE SAN DIEGO COUNTY JAIL. AT PATTON MY I.D. # 168323-4.

I AM REQUESTING THE APPOINTMENT OF COUNSEL AS I HAVE NO FUNDS.

4/14/15   Michael T. Piner

ALSO, SEE MOTIONS FILED BUT NEVER HEARD.

ALSO, A MOTION TO DISQUALIFY THE DISTRICT ATTORNEY WHICH THE COURT REFUSED TO EVEN SET FOR A HEARING.

I HAVE EXHAUSTED STATE COURT REMEDIES BECAUSE INTER ALIA, THE STATE COURT HAS REFUSED TO EVEN SET HEARINGS, OR HEAR MOTIONS FILED IN MY CASES INCLUDING BUT LIMITED TO THE ENCLOSED.

FOR MORE, SEE WRIT LOCATED AT PATTON.

4/4/15   Michael T. Piner

③

## PART TEN: DECLARATION UNDER PENALTY OF PERJURY AND SIGNATURE

The undersigned declares under penalty of perjury:

(1) that he/she is the petitioner in this action, that he/she has read this petition and that the information contained in the petition is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

(2) that he/she deposited this petition postage prepaid in a United States postal depository unit on __4/4/15__ (date), OR that he/she gave the petition to ~~prison~~ JAIL officials for mailing and filing with the Clerk of Court under the indigent policy on __4/4/15__ (date) OR (specify other)_____.

Executed at __SAN DIEGO CTY JAIL__ on __4/4/15__.
              (Location)              (Date)

_Michael T. Pin_
**Petitioner's Original Signature**

Note: you need not send a copy to Respondent or Respondent's attorney, but, instead provide one copy to the Court. After filing, your petition will be reviewed by a federal judge to determine whether you can proceed. If your case is authorized to proceed, the Court will effect service of the copy upon Respondent's attorney. Thereafter, whenever you file anything in the case, a copy must be mailed to Respondent's attorney.

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Michael T. Pines
15720952

**DEFENDANTS**
People of the State of California

FILED
APR 15 2015
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

(b) County of Residence of First Listed Plaintiff    San Diego
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Michael T. Pines
1173 Front St San Diego CA 92101

Attorneys *(If Known)*

15CV0832 BAS BLM

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government Plaintiff
☒ 3  Federal Question *(U.S. Government Not a Party)*
☐ 2  U.S. Government Defendant
☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/Accommodations / ☒ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | | **Other:** | ☐ 462 Naturalization Application | |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |
| | / ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from Another District *(specify)* ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28:2254
Brief description of cause:
Petition for Writ of Habeas Corpus

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 04/15/2015
SIGNATURE OF ATTORNEY OF RECORD
s/SKHoestenbach

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

PATTON STATE HOSPITAL
3102 E. HIGHLAND AVENUE
PATTON, CA 92369

SAN DIEGO COUNTY JAIL
MICHAEL T. PINES
#15720952
STATE BAR #77771

LEGAL MAIL

UNITED STATES DISTRICT
COURT FOR THE SOUTH...
DIST. OF CAL.
333 W. BROADWAY
SAN DIEGO, CA.
C/O COUNTY TM 92101

LEGAL MAIL

LEGAL MAIL

Hasler
US POSTAGE $00.90

